Rosen, J., dissenting:
In Glaze v. J.K. Williams , No. 115,763, this day decided, I concluded that the 2011 amendments did not create a three-year time limit on filing a motion for extension. Therefore, while I agree that K.S.A. 2011 Supp. 44-523(f)(1) governs Knoll's claim, I do not think this statute prohibited the administrative law judge (ALJ) from granting Knoll's motion for extension. Knoll's employer did not argue on appeal that Knoll lacked good cause for an extension or that the ALJ erred in calculating Knoll's award. I would affirm the Court of Appeals decision to reverse the Workers Compensation Board, but rather than remanding to the ALJ with directions to dismiss Knoll's claim, I would remand the case with directions to hold a hearing on good cause.